# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| RAYMOND GILLESPIE, | Cause No.: CV-21-36-GF-JTJ |
| Plaintiff, | |
| v. | **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO EXTEND MOTIONS DEADLINE** |
| SDS IMPORTS, LLC, and Does A to K, | |
| Defendants. | |

Upon Plaintiff's Unopposed Motion to Extend Motions Deadline and good cause appearing therefore, IT IS HEREBY ORDERED that the motion is GRANTED. The motions deadline is July 29, 2022. Motions in limine should be filed on or before July 15, 2022. Responses are due on or before July 29, 2022. Any replies are due 14 days after the responses are filed.

DATED this 2nd day of June 2022.

_____
John Johnston
United States Magistrate Judge