# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| RAYMOND GILLESPIE, | Cause No.: CV-21-36-GF-JTJ |
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| SDS IMPORTS, LLC, and Does A to K, | |
| Defendants. | |

Pursuant to the parties' Joint Stipulation for Dismissal with Prejudice,

IT IS HEREBY ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorney's fees. All deadlines and hearings in this action are vacated, including the hearing set for September 20, 2022.

DATED this 19th day of September 2022.

_____
John Johnston
United States Magistrate Judge